IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 10-4108 |
| DONNER MEDICAL MARKETING, INC., et al. | : | |

**ORDER RE: MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

AND NOW, this 15th day of December, 2010, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that Defendants' Motion to Dismiss (ECF No. 10) is DENIED.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\10-4108 DeLage Landen v. Donner Medical Marketing\De Lage v. Donner - Order MTD.wpd